# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re: | § | Case No. 05-57430 |
|---|---|---|
| KINDSCHI, NICOLE ANDREA | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter      of the United States Bankruptcy Code on           . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                            $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor

       Leaving a balance on hand of                            $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 05-57430 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | KINDSCHI, NICOLE ANDREA | | | Date Filed (f) or Converted (c): | 10/15/05 (f) |
| | | | | 341(a) Meeting Date: | 01/17/06 |
| For Period Ending: 12/31/08 | | | | Claims Bar Date: | 06/21/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 191,000.00 | 20,314.81 | | 20,314.81 | FA |
| 2. BANK ACCONTS | 100.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 600.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS | 200.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 7. 401(K) | Unknown | Unknown | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 298.42 | Unknown |

TOTALS (Excluding Unknown Values)    $192,400.00    $20,314.81    $20,613.23

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold r/e. Trustee tor eview claims and preprar final report

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 05/31/09

LFORM1
UST Form 101-7-TFR (4/1/2009) *(Page: 3)*

Ver: 14.30

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 05-57430 SQU Judge: JOHN H. SQUIRES | Trustee Name: GINA B. KROL |
| Case Name: | KINDSCHI, NICOLE ANDREA | Date Filed (f) or Converted (c): 10/15/05 (f) |
| | | 341(a) Meeting Date: 01/17/06 |
| | | Claims Bar Date: 06/21/06 |

_____ Date: _____

GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 05-57430 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KINDSCHI, NICOLE ANDREA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4163 Money Market Account (Interest |
| Taxpayer ID No: | *******7180 | | |
| For Period Ending: | 12/31/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C 08/15/06 | 1 | First American Title Insurance Co. | Proceeds of sale | | 20,314.81 | | 20,314.81 |
| | | JEFFREY KEBSCHULL | Memo Amount: 192,000.00 | 1110-000 | | | |
| | | | Sale of R/E | | | | |
| | | COUNTYRWIDE HOME LOANS | Memo Amount: ( 150,689.60 ) | 4110-000 | | | |
| | | | Mortgage Payoff | | | | |
| | | MILLENIUM PROPERTIES | Memo Amount: ( 10,560.00 ) | 3510-000 | | | |
| | | | Broker's Commission | | | | |
| | | | Memo Amount: ( 1,627.59 ) | 2820-000 | | | |
| | | | Real Estate Tax Proration | | | | |
| | | PATTERSON/PINE GROVE CONDO ASSOCIAT | Memo Amount: ( 2,013.54 ) | 2500-000 | | | |
| | | | Condo Association Fees | | | | |
| | | | Memo Amount: ( 1,308.00 ) | 2500-000 | | | |
| | | | Closing Costs | | | | |
| | | NICOLE KINDISCHI | Memo Amount: ( 5,486.46 ) | 8100-002 | | | |
| | | | Homestead Exemption | | | | |
| C 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.69 | | 20,322.50 |
| C 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.70 | | 20,339.20 |
| C 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.28 | | 20,356.48 |
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.73 | | 20,373.21 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.30 | | 20,390.51 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.32 | | 20,407.83 |
| C 02/15/07 | 000301 | International Sureties, Ltd. | BOND | 2300-000 | | 15.74 | 20,392.09 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 05-57430 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KINDSCHI, NICOLE ANDREA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4163 Money Market Account (Interest |
| Taxpayer ID No: *******7180 | | | |
| For Period Ending: 12/31/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND | | | | |
| C 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.65 | | 20,407.74 |
| C 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.32 | | 20,425.06 |
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.80 | | 20,441.86 |
| C 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.36 | | 20,459.22 |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.82 | | 20,476.04 |
| C 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.39 | | 20,493.43 |
| C 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.41 | | 20,510.84 |
| C 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 13.06 | | 20,523.90 |
| C 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 13.08 | | 20,536.98 |
| C 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 10.97 | | 20,547.95 |
| C 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 9.82 | | 20,557.77 |
| C 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 8.15 | | 20,565.92 |
| C 02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street | | 2300-000 | | 19.34 | 20,546.58 |

LFORM2T4 UST Form 101-7-TFR (4/1/2009) *(Page: 6)*

Ver: 14.30

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 05-57430 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | KINDSCHI, NICOLE ANDREA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4163 Money Market Account (Interest |
| Taxpayer ID No: | *******7180 | | | |
| For Period Ending: | 12/31/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| C 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.89 | | 20,551.47 |
| C 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.86 | | 20,556.33 |
| C 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.21 | | 20,560.54 |
| C 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.61 | | 20,563.15 |
| C 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.53 | | 20,565.68 |
| C 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.61 | | 20,568.29 |
| C 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.60 | | 20,570.89 |
| C 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.54 | | 20,573.43 |
| C 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.00 | | 20,575.43 |
| C 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.68 | | 20,577.11 |
| C 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.04 | | 20,578.15 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 05-57430 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KINDSCHI, NICOLE ANDREA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4163 Money Market Account (Interest |
| Taxpayer ID No: *******7180 | | | |
| For Period Ending: 12/31/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

Memo Allocation Receipts: 192,000.00
Memo Allocation Disbursements: 171,685.19

Memo Allocation Net: 20,314.81

| Account *******4163 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 20,314.81 | 2 | Checks | 35.08 |
| 29 | Interest Postings | 298.42 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $ 20,613.23 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 35.08 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 20,613.23 | | | |

/s/ GINA B. KROL
Trustee's Signature: _____ Date: 04/13/09
GINA B. KROL

LFORM2T4 UST Form 101-7-TFR (4/1/2009) *(Page: 8)*

Ver: 14.30

# Northern District of Illinois
# Claims Register

### 05-57430 Nicole Andrea Kindschi

| | |
|---|---|
| **Honorable Judge:** Jack B. Schmetterer | **Chapter:** 7 |
| **Office:** Chicago | **Last Date to file claims:** 06/21/2006 |
| **Trustee:** Gina B Krol ESQ | **Last Date to file (Govt):** 06/21/2006 |

| Creditor: (10662479)<br>Target National Bank (f.k.a. Retailers National Ba<br>TARGET VISA<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | **Claim No: 1**<br>*Original Filed Date*: 03/27/2006<br>*Original Entered Date*: 03/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ralston, Richard<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1221.55
**Total claimed: $1221.55**

*History:*

Details  1-1  03/27/2006 Claim #1 filed by Target National Bank (f.k.a. Retailers National Ba, total amount claimed: $1221.55 (Ralston, Richard )

*Description:*

*Remarks:*

| Creditor: (10670821)<br>Recovery Management Systems Corporation For GE Money Bank<br>dba BANANA REPUBLIC<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | **Claim No: 2**<br>*Original Filed Date*: 03/31/2006<br>*Original Entered Date*: 03/31/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Singh, Ramesh<br>*Modified:* |
|---|---|---|

Unsecured claimed: $540.23
**Total claimed: $540.23**

*History:*

Details  2-1  03/31/2006 Claim #2 filed by Recovery Management Systems Corporation, total amount claimed: $540.23 (Singh, Ramesh )

*Description:*

*Remarks:*

| Creditor: (12407655)<br>Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131    Claimant History | **Claim No: 3**<br>*Original Filed Date*: 04/02/2006<br>*Original Entered Date*: 04/02/2006 | *Status:* Transfer 39<br>*Filed by:* CR<br>*Entered by:* Singh, Ramesh<br>*Modified:* 04/25/2006 |
|---|---|---|

Unsecured claimed: $540.23
**Total claimed: $540.23**

| | |
|---|---|
| *History:* | |
| Details 3-1 | 04/02/2006 Claim #3 filed by Recovery Management Systems Corporation, total amount claimed: $540.23 (Singh, Ramesh) |
| 27 | 04/24/2006 Withdrawal of Claim(s): 3 Filed by Recovery Management Systems Corporation For GE Money Bank. (Singh, Ramesh) Status: Withdraw |
| 39 | 07/13/2008 Transfer of Claim. Transferor: Recovery Management Systems Corporation (Claim No. 3, Amount 540.23) To Capital Recovery One. Filed by Recovery Management Systems Corporation. Objections due by 08/4/2008. (Singh, Ramesh) Status: Transfer |

*Description:*

*Remarks:* (3-1) Modified on 4/4/2006 to remove duplicate claim(PG), Modified 4/5/06 to restore claim and show it as a Duplicate (mj)

| *Creditor:* (10683792)<br>Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | **Claim No: 4**<br>*Original Filed Date*: 04/07/2006<br>*Original Entered Date*: 04/07/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ralston, Richard<br>*Modified:* |
|---|---|---|

Unsecured claimed: $5339.02

**Total claimed: $5339.02**

*History:*
Details 4-1 04/07/2006 Claim #4 filed by Chase Bank USA, N.A., total amount claimed: $5339.02 (Ralston, Richard )

*Description:*

*Remarks:*

| *Creditor:* (10683792)<br>Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | **Claim No: 5**<br>*Original Filed Date*: 04/07/2006<br>*Original Entered Date*: 04/07/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ralston, Richard<br>*Modified:* |
|---|---|---|

Unsecured claimed: $17390.83

**Total claimed: $17390.83**

*History:*
Details 5-1 04/07/2006 Claim #5 filed by Chase Bank USA, N.A., total amount claimed: $17390.83 (Ralston, Richard )

*Description:*

*Remarks:*

| *Creditor:* (10683792)<br>Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | **Claim No: 6**<br>*Original Filed Date*: 04/11/2006<br>*Original Entered Date*: 04/11/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ralston, Richard<br>*Modified:* |
|---|---|---|

Unsecured claimed: $2053.64

**Total claimed: $2053.64**

*History:*

Details  6-1  04/11/2006 Claim #6 filed by Chase Bank USA, N.A., total amount claimed: $2053.64 (Ralston, Richard )

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** Nicole Andrea Kindschi
**Case Number:** 05-57430
**Chapter:** 7
**Date Filed:** 10/15/2005
**Total Number Of Claims:** 6

|  | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $27085.50 | |
| **Secured** | | |
| **Priority** | | |
| **Unknown** | | |
| **Administrative** | | |
| **Total** | $27085.50 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/16/2009 15:50:04 | | | |
| **PACER Login:** | it0117 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 05-57430 Filed or Entered From: 12/17/2000 Filed or Entered To: 4/16/2009 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-57430
Case Name: KINDSCHI, NICOLE ANDREA
Trustee Name: GINA B. KROL

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: GINA B. KROL | $ | $ |
| Attorney for trustee: Cohen & Krol | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: Cohen & Krol | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other: NA* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *NA* | *NA* | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Target National Bank (f.k.a. Retailers National Ba* | $ | $ |
| *000002* | *Recovery Management Systems Corporation* | $ | $ |
| *000004* | *Chase Bank USA, N.A.* | $ | $ |

UST Form 101-7-TFR (4/1/2009) *(Page: 13)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000005* | *Chase Bank USA, N.A.* | $ | $ |
| *000006* | *Chase Bank USA, N.A.* | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *NA* | *NA* | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *NA* | *NA* | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $      .