UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KINDSCHI, NICOLE ANDREA | ) | Case No. 05-57430-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

## APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO: HONORABLE JACK B. SCHMETTERER
BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on October 15, 2005. On February 23, 2006, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $2,605.00, in compensation for 9.00 hours of services performed for the period December 23, 2005 through present and reimbursement of actual expenses in the amount of $16.83.

3. A description of the nature of the services rendered by the Applicant is as follows:

<u>AUTOMATIC STAY</u>

The Trustee identified the potential equity in the Debtor's homestead property. The Debtor had not been making current mortgage payments and her lender moved to modify the automatic stay. In order to preserve the equity in the property, Cohen & Krol attended the original and continued hearings on the motion to modify stay. Cohen & Krol expended 2.25 hours in the activity of Automatic Stay.

**EXHIBIT G**

PROFESSIONAL EMPLOYMENT

      Cohen & Krol prepared and presented the Trustee's motion to employ attorneys for the trustee as well as a real estate broker. This employment was required under the Bankruptcy Code. Cohen & Krol expended .5 hours in the activity of Professional Employment.

SALE OF ASSETS

      Cohen & Krol reviewed the real estate sales contract, met with the Trustee to discuss changes thereto, and conferred with real estate brokers and the buyers' attorneys. Cohen & Krol prepared and presented the requisite application to the Court seeking Trustee's authority to enter into said contract. Cohen & Krol prepared all necessary transaction and closing documents. Cohen & Krol attended the real estate closing. Cohen & Krol expended 6.25 in the activity of Sale of Assets.

      4.    Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

      5.    The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| LINDA M. KUJACA/LMK 2005 | .25 | 240.00 | 67.50 |
| LINDA M. KUJACA/LMK 2006 | 8.75 | 290.00 | 2,537.50 |

      6.    Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

      7.    Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

      8.    At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

      WHEREFORE, Applicant requests that it be awarded reasonable compensation of $2,605.00 and reimbursement of actual and necessary expenses of $16.83 for legal services rendered in this case.

**EXHIBIT G**

RESPECTFULLY SUBMITTED,

Date: April 13, 2009                                 /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**