# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 05-57430 SQU |
| KINDSCHI, NICOLE ANDREA | § | |
| | § | |
| Debtors | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 192,299.38 |
| *and approved disbursements of* | $ | 171,736.29 |
| *leaving a balance of* | $ | 20,563.09 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NA | $NA |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: GINA B. KROL | $ 12,590.62 | $ 0.00 |
| Attorney for trustee: Cohen & Krol | $ 2,605.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

|    Reason/Applicant    | Fees | Expenses |
|---|---|---|
| <u>Fees:</u>_____ | $_____ | $_____ |
| <u>Other:</u> Cohen & Krol | $ 0.00 | $ 16.83 |
| <u>Other:</u>_____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|    Reason/Applicant    | Fees | Expenses |
|---|---|---|
| <u>Attorney for debtor:</u>_____ | $_____ | $_____ |
| <u>Attorney for:</u>_____ | $_____ | $_____ |
| <u>Accountant for:</u>_____ | $_____ | $_____ |
| <u>Appraiser for:</u>_____ | $_____ | $_____ |
| <u>Other:</u> NA | $ NA | $ NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,545.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Target National Bank (f.k.a. Retailers National Ba | $ 1,221.55 | $ 246.22 |
| 000002 | Recovery Management Systems Corporation | $ 540.23 | $ 108.89 |
| 000004 | Chase Bank USA, N.A. | $ 5,339.02 | $ 1,076.17 |
| 000005 | Chase Bank USA, N.A. | $ 17,390.83 | $ 3,505.41 |
| 000006 | Chase Bank USA, N.A. | $ 2,053.64 | $ 413.95 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $NA | $NA |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $NA | $NA |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the

United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/25/2009 in Courtroom 682,
United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 05/21/2009          By:/s/GINA B. KROL
                             Trustee


*GINA B. KROL*
*105 WEST MADISON STREET, SUITE 1100, CHICAGO, IL 60602-0000*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pgordon              Page 1 of 1                  Date Rcvd: May 29, 2009
Case: 05-57430                 Form ID: pdf006            Total Served: 21

The following entities were served by first class mail on May 31, 2009.
db          +Nicole Andrea Kindschi,   3638 N. Pine Grove, #2,   Chicago, IL 60613-4563
aty         +Dean Paolucci,   Select Legal P C,   53 W Jackson Suite 709,   Chicago, IL 60604-3475
aty         +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty         +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty         +Linda M Kujaca,   P.O. Box 254,   Wood Dale, IL 60191-0254
tr          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
10286313     Bank One,   Cardmemember Service,   PO Box 15153,   Wilmington, DE 19886-5153
10286314     Capital One,   PO Box 60000,   Seattle, WA 98190-6000
10286315    +Centegra Medical Center,   P.O. Box 1990,   Woodstock, IL 60098-1990
10683792    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10286316    +Countrywide Home Loan,   P.O. Box 660694,   Dallas, TX 75266-0694
10286317     Crystal Lake Oral Surgery,   690 N. Rt. 31,   Crystal Lake, IL 60014
10286318    +National City,   P.O. Box 2349,   Kalamazoo, MI 49003-2349
10286319    +P. Douglas Kindschi,   6761 Shady Oak Lane,   Hudsonville, MI 49426-9351
10662479    +Target National Bank (f.k.a. Retailers National Ba,   TARGET VISA,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10286320     Target Retailer's Nat'l Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
10286321     United Mileage Plus,   Cardmemember Service,   Wilmington, DE 19886-5153

The following entities were served by electronic transmission on May 30, 2009.
10286312    +E-mail/PDF: gecsedi@recoverycorp.com May 30 2009 00:54:19    Banana Republic,   PO Box 105975,
              Atlanta, GA 30348-5975
12407655    +E-mail/PDF: rmscedi@recoverycorp.com May 30 2009 00:54:34    Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12390392     E-mail/PDF: rmscedi@recoverycorp.com May 30 2009 00:54:33
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
10670821    +E-mail/PDF: rmscedi@recoverycorp.com May 30 2009 00:54:35
              Recovery Management Systems Corporation,   For GE Money Bank,   dba BANANA REPUBLIC,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2009**                    **Signature:** *Joseph Speetjens*