# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-57430 SQU |
| KINDSCHI, NICOLE ANDREA | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $             (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Nicole Kindischi |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Countrywide Home Loan<br>P.O. Box 660694<br>Dallas, TX 752260694 |  |  |  |  |  |
| COUNTYRWIDE HOME LOANS |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Closing Costs | | | | | |
| PATTERSON/PINE GROVE CONDO ASSOCIAT | | | | | |
| Real Estate Tax Proration | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| MILLENIUM PROPERTIES | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One<br>PO Box 6000<br>Seattle, WA 98190 | | | | | |
| Centegra Medical Center<br>PO Box 1990<br>Woodstock, IL  60098 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Crystal Lake Oral Surgery 690 N. Rt. 31 Crystal Lake,IL 60014 | | | | | |
| National City PO Box 2349 Kalamazoo, MI 49003 | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| TARGET NATIONAL BANK (F.K.A. RETAIL | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

Exhibit 8

| Case No: | 05-57430 SQU Judge: JOHN H. SQUIRES | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | KINDSCHI, NICOLE ANDREA | | | Date Filed (f) or Converted (c): | 10/15/05 (f) |
| | | | | 341(a) Meeting Date: | 01/17/06 |
| For Period Ending: 09/08/09 | | | | Claims Bar Date: | 06/21/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 191,000.00 | 20,314.81 | | 20,314.81 | FA |
| 2. BANK ACCONTS | 100.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 600.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS | 200.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 7. 401(K) | Unknown | Unknown | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 300.31 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $192,400.00 | $20,314.81 | | $20,615.12 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold r/e. Trustee tor eview claims and preprar final report

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 05/31/09

_____ Date: _____

GINA B. KROL

UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

LFORM1                                                                                                                           Ver: 14.31c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 05-57430    SQU    Judge: JOHN H. SQUIRES | Trustee Name:    GINA B. KROL |
| Case Name: | KINDSCHI, NICOLE ANDREA | Date Filed (f) or Converted (c):    10/15/05 (f) |
| | | 341(a) Meeting Date:    01/17/06 |
| | | Claims Bar Date:    06/21/06 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-57430 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KINDSCHI, NICOLE ANDREA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9873  BofA - Checking Account |
| Taxpayer ID No: | *******7180 | | | |
| For Period Ending: | 09/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t  06/25/09 | | Transfer from Acct #*******4163 | Transfer In From MMA Account | 9999-000 | 20,564.02 | | 20,564.02 |
| C    06/25/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 12,590.62 | 7,973.40 |
| C    06/25/09 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorney's Fees per Court Order | 3110-000 | | 1,734.93 | 6,238.47 |
| C    06/25/09 | 003003 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorney's fees per court order | 3110-000 | | 870.07 | 5,368.40 |
| C    06/25/09 | 003004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorney's Expenses per Court Order | 3120-000 | | 16.83 | 5,351.57 |
| C    06/25/09 | 003005 | Target National Bank (f.k.a. Retailers National Ba<br>TARGET VISA<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Claim 000001, Payment 20.16045% | 7100-900 | | 246.27 | 5,105.30 |
| C    06/25/09 | 003006 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba BANANA REPUBLIC<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Claim 000002, Payment 20.15993% | 7100-900 | | 108.91 | 4,996.39 |

UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

LFORM2T4

Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-57430 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | KINDSCHI, NICOLE ANDREA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9873  BofA - Checking Account |
| Taxpayer ID No: | *******7180 | | | |
| For Period Ending: | 09/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/25/09 | 003007 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000004, Payment 20.16025% | 7100-900 | | 1,076.36 | 3,920.03 |
| C  06/25/09 | 003008 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000005, Payment 20.16016% | 7100-900 | | 3,506.02 | 414.01 |
| C  06/25/09 | 003009 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000006, Payment 20.15981% | 7100-900 | | 414.01 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00

Memo Allocation Net: 0.00

| Account *******9873 | | | |
| --- | --- | --- | --- |
| | Balance Forward | 0.00 | |
| 0 Deposits | 0.00 | 9 Checks | 20,564.02 |
| 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | 0 Transfers Out | 0.00 |
| Subtotal | $  0.00 | | |
| | | Total | $  20,564.02 |
| 0 Adjustments In | 0.00 | | |
| 1 Transfers In | 20,564.02 | | |
| Total | $  20,564.02 | | |

UST Form 101-7-TDR (4/1/2009)  *(Page: 10)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-57430 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KINDSCHI, NICOLE ANDREA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4163  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7180 | | |
| For Period Ending: | 09/08/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| C  08/15/06 | 1 | First American Title Insurance Co. | Proceeds of sale | | 20,314.81 | | 20,314.81 |
| | | JEFFREY KEBSCHULL | Memo Amount:        192,000.00<br>Sale of R/E | 1110-000 | | | |
| | | COUNTYRWIDE HOME LOANS | Memo Amount:     (   150,689.60 )<br>Mortgage Payoff | 4110-000 | | | |
| | | MILLENIUM PROPERTIES | Memo Amount:     (    10,560.00 )<br>Broker's Commission | 3510-000 | | | |
| | | | Memo Amount:     (     1,627.59 )<br>Real Estate Tax Proration | 2820-000 | | | |
| | | PATTERSON/PINE GROVE CONDO ASSOCIAT | Memo Amount:     (     2,013.54 )<br>Condo Association Fees | 2500-000 | | | |
| | | | Memo Amount:     (     1,308.00 )<br>Closing Costs | 2500-000 | | | |
| | | NICOLE KINDISCHI | Memo Amount:     (     5,486.46 )<br>Homestead Exemption | 8100-002 | | | |
| C  08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.69 | | 20,322.50 |
| C  09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.70 | | 20,339.20 |
| C  10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.28 | | 20,356.48 |
| C  11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.73 | | 20,373.21 |
| C  12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.30 | | 20,390.51 |
| C  01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.32 | | 20,407.83 |
| C  02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 15.74 | 20,392.09 |
| C  02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 15.65 | | 20,407.74 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-57430 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KINDSCHI, NICOLE ANDREA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4163 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7180 | | | |
| For Period Ending: | 09/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| C  03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.32 | | 20,425.06 |
| C  04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.80 | | 20,441.86 |
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.36 | | 20,459.22 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.82 | | 20,476.04 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.39 | | 20,493.43 |
| C  08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.41 | | 20,510.84 |
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 13.06 | | 20,523.90 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 13.08 | | 20,536.98 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 10.97 | | 20,547.95 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 9.82 | | 20,557.77 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 8.15 | | 20,565.92 |
| C  02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 19.34 | 20,546.58 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.89 | | 20,551.47 |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.86 | | 20,556.33 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.21 | | 20,560.54 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 05-57430 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | KINDSCHI, NICOLE ANDREA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4163 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7180 | | | |
| For Period Ending: | 09/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.61 | | 20,563.15 |
| C 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.53 | | 20,565.68 |
| C 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.61 | | 20,568.29 |
| C 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.60 | | 20,570.89 |
| C 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.54 | | 20,573.43 |
| C 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.00 | | 20,575.43 |
| C 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.68 | | 20,577.11 |
| C 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.04 | | 20,578.15 |
| C 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,578.32 |
| C 02/17/09 | 000303 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 16.02 | 20,562.30 |
| C 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,562.46 |
| C 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,562.64 |
| C 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 20,563.09 |
| C 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 20,563.61 |
| C 06/25/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.41 | | 20,564.02 |
| C t 06/25/09 | | Transfer to Acct #*******9873 | Final Posting Transfer | 9999-000 | | 20,564.02 | 0.00 |

UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

LFORM2T4

Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 05-57430 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | KINDSCHI, NICOLE ANDREA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4163 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7180 | | | |
| For Period Ending: | 09/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | | |
|---|---|---|
| | Account *******4163 | |
| | Balance Forward | 0.00 |
| 1 | Deposits | 20,314.81 |
| 35 | Interest Postings | 300.31 |
| | Subtotal | $ 20,615.12 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | $ 20,615.12 |

| 3 | Checks | 51.10 |
| 0 | Adjustments Out | 0.00 |
| 1 | Transfers Out | 20,564.02 |
| | Total | $ 20,615.12 |

Memo Allocation Receipts: 192,000.00
Memo Allocation Disbursements: 171,685.19

Memo Allocation Net: 20,314.81

| | Report Totals | |
|---|---|---|
| | Balance Forward | 0.00 |
| 1 | Deposits | 20,314.81 |
| 35 | Interest Postings | 300.31 |
| | Subtotal | $ 20,615.12 |
| 0 | Adjustments In | 0.00 |
| 1 | Transfers In | 20,564.02 |
| | Total | $ 41,179.14 |

| 12 | Checks | 20,615.12 |
| 0 | Adjustments Out | 0.00 |
| 1 | Transfers Out | 20,564.02 |
| | Total | $ 41,179.14 |
| | Net Total Balance | $ 0.00 |

Total Allocation Receipts: 192,000.00
Total Allocation Disbursements: 171,685.19

Total Memo Allocation Net: 20,314.81

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 09/08/09
GINA B. KROL

UST Form 101-7-TDR (4/1/2009) *(Page: 14)*

LFORM2T4

Ver: 14.31c